

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/07

**ANDREW M. CUOMO**
Attorney General



(212) 416-6295

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

November , 2007

BY HAND
Honorable John G. Koeltl
United States District Judge
United State Courthouse
Southern District of New York
500 Pearl Street, Rm. 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

12/12/07

John G. Koeltl, U.S.D.J.

Re: Samuel Davis v. Rhoomes, et al. / 07 Cv. 6592 (JGK)

Dear Judge Koeltl:

I represent defendants Diane Van Buren, Robert Jones, C. Degraa, Paul Faliski and Sabrina Andino in this matter. Although the docket sheet in this case indicates that defendant Rhoomes has been served with the summons and complaint, I have not yet received a request for representation by this Office from defendant Rhoomes, pursuant to New York State Public Officers Law § 17. If and when Officer Rhoomes requests representation, she will join in this request for an extension.

I write to request an extension of time by which the defendants must oppose plaintiff's motion to amend his amended complaint until December 20, 2007. Plaintiff pro se has not been contacted for his consent as he is presently incarcerated.

As the Court is aware, defendants' response to plaintiff's complaint is due on November 30, 2007. Plaintiff, however, has now served a motion to amend the amended complaint and the Court has ordered that defendants respond by November 23, 2007.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

Honorable John G. Koeltl
Davis v. Rhoomes, et al. / 07 Civ. 6592 (JGK)

    I will be on trial in the matter of Wyatt v. Cataby et al, 04 cv 755 which is scheduled to commence on November 13, 2007 before the Honorable Colleen McMahon and might extend into the week of November 19, 2007. Due to the trial schedule, the upcoming Thanksgiving holiday, defendants respectfully request that the time by which they must submit opposition to plaintiff's motion to amend the complaint be extended to December 20, 2007. Moreover, defendants respectfully request that the time to respond to the amended complaint be adjourned until three weeks after the Court issues a ruling on the motion to amend.

    With respect to plaintiff's claim that he continues to be retaliated against by individuals at Mid-Orange Correctional Facility, I have been advised that plaintiff has been transferred to Fishkill Correctional Facility and will not be returning to Mid-Orange. Therefore, any request for injunctive relief is moot. "In this Circuit, an inmate's transfer from a prison facility generally moots claims for declaratory and injunctive relief against officials of that facility." Salahuddin v. Goord, 467 F.3d 263 (2d Cir. 2006)(citing Prins v Coughlin, 76 F.3d 504, 506 (2d Cir. 1996) (per curium); Young v. Coughlin, 866 F.2d 567, 568 n.1 (2d Cir. 1989), Mawhinney v. Henderson, 542 F.2d 1, 2 (2d Cir. 1976))." In light of plaintiff's transfer, should the Court direct that defendants still address each claim in support of his motion for an injunction directly, defendants respectfully request until December 20, 2007 to do so.

                                                          Respectfully submitted,

                                                          MARIA BAROUS HARTOFILIS
                                                          Assistant Attorney General

cc:    Samuel Davis
        Plaintiff - Pro Se
        By first class mail