*The Amended Complaint shall be filed by February 20, 2008.*

1/25/08
**SO ORDERED**
[signature]

92-A-2437
99 Prison Road
P. O. Box 1000
Woodbourne, NY 12788-1000

January 22, 2008

Honorable John G. Koeltl,
United States District Court Judge,
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUD[GE]

RECEIVED
JAN 24 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

**MEMO ENDORSED**

Re: Davis v. Rhoomes, et al.
07-CV-6592 (JGK)

Dear Judge Koeltl:

    I am writing to you regarding the above-noted matter and your order dated January 4, 2008, which I received a copy thereof on the evening of January 10, 2008.

    I am also writing to you requesting an extension of time in which to submit my Amended Complaint until Febraury 20, 2008. I am seeking this extension because I need additional time to complete preparing and typing-up the Amended Complaint, because somewhere between my transfer from Mid-Orange Correctional Facility to Fishkill Correctional Facility on October 16, 2007 and receiving my personal property on December 17, 2007 I discover that my personal typewriter had been broken.

    As you are aware I was transferred from Fishkill Correctional Facility to Woodbourne Correctional Facility on December 21, 2007. At Woodbourne, I am only allowed to go to the Law Library for approximately 3-hour daily, from 6:30pm to 9:30pm to use a typewriter which is hardly enough time for me to properly prepare and type-up my Amended Complaint, which if my personal typewrite had not been broken I could have done my typing in my cell or room and would mistlikley have completed it by now in order to have filed it by February 8, 2008 as the order requires.

    I am also requesting this extension of time to enable me to complete my typing, make xerox copies of exhibits and to mail the Amended Complaint to the Sheriff's Department of Albany and Ornage Counties to be served upon the defendants.

    Thanks for your anticipated copperation in this regards.

Respectfully submitted,

[signature]
Samuel Davis, Pro se

cc: Maria Hartofillis,
    Attorney for Defendants

COPIES MAILED
TO COUNSEL OF RECORD ON 1/25/08