**MEMO ENDORSED**

92-A-2437
P.O. Box 1000
Woodbourne, NY 12788-1000

February 27, 2008

Honorable Theodore H. Katz,
United States Magistrate Judge,
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/0/08

Re: Davis v. Rhoomes, et al.,
07-CV-6592 (JGK)

Dear Magistrate Judge Katz:

I am writing to you regarding the above-noted matter and to point out some difficulties I have been encountering recently in serving some of the defendants in this case with the Summons and Amended Complaint, and are asking that I be allowed a little more time to effectuate the services of the defendants yet to be served.

I mailed to the Pro Se Clerk of this Court two copies of the Amended Complaint, which was required to be filed in the Court's by February 20, 2008. I also mailed a copy of the Amended Complaint to Maria Barocillis, Assistant Attorney General, who are acting as the attorney for some of the defendants named in this lawsuit.

I have served two of these defendants with a copy of the Summons and Amended Complaint, but I am also having some difficulties in serving several of

the defendants who are located at Mid-Orange Correctional Facility, because of the amount of copies I am required to send to the Sheriff's Office of Orange County for service. This occur because I am required to send 21 copies of the complaint which requires me to make more than 3,864 xerox copies of the complaint and exhibits and I must used the Facility Print shop to bind-up these papers, because the Law Library at Woodbourne have nothing that I could use to bind-up the papers and their largest staple is to small to bind-up the papers (see copy count copy of complaint).

The Print shop at Woodbourne operate Monday through Friday and recently been closing two or three days a week, and due to the holidays and having been vacated for the past seven (7) days, which have hampered my ability to makes the xerox copies and to used the Print shop to bind-up the required copies and send them to the Sheriff's Office for service. I must personally bind-up these papers when permitted to do so, which I had anticipated to have been able to complete and mailed to the Sheriff's Office for service by February 22, 2008.

I am, therefore, requesting that I be allowed some additional time of at least two-weeks to enable me to complete and send the required copies to Orange County Sheriff's Department for service until March 14, 2008, which to served the seven (7) defendants at Mid-Orange Correctional Facility with the summons and complaint (see copy attached).

*The request for additional time for service is granted. The Amended Complaint should be served by no later than March 24, 2008*

3/12/08

cc: Maria Hanna
Assistant Attorney General

**SO ORDERED**
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Samuel Davis, Pro Se