RECEIVED
SDNY PRO SE OFFICE

2008 MAR 21  P 5:05

92-A-2437
P.O. Box 1000
9a Prison Road
Woodbourne, NY 12788-1000

March 18, 2008

Pro Se Clerk,
United States District Court,
Southern District of New York,
United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Re: Davis v. Rhoomes,
et al.,
07-CV-6592 (JGK) (THK)

**MEMO ENDORSED**

Dear Sir/Madam:

I am writing to you regarding the above-noted matter and to knowledge receipt of Judge Katz approval of my request for additional time to serve the defendant in my letter dated February 27, 2008, which I received on the afternoon of March 17, 2008.

I also wants to point out to the court that at the time of requesting the additional time in my letter to the Courts dated February 27, 2008 that I had not received from the Court copies of the Amended Summons despite of having filed the Amended Complaint on February 20, 2008. In fact I only received copies of the Amended Summons dated March 5, 2008 on the afternoon of March 10, 2008, which was sent to me by the Court by FedEx Priority overnight mail postmark Friday March 7, 2008. The instruction states that I have 120 days from date of the summons to served the defendants.

Nevertheless, although I have served some of the defendants using the old Summons the delay in receiving the Amended Summons might affect my ability

to meet the deadline set by the court of March 24, 2008, which to served the defendants that remain to be served, because of my restriction in movement for the last 30 days since my letter of February 27, 2008.

Moreover, the services of the summons and complaint upon the remaining defendants will be effectuated by Orange County Sheriff's Department upon receiving the documents from me to be served, which I hope to be mailing to them before or by March 24, 2008.

**MEMO ENDORSED**

Service must be completed by April 30, 2008.

4/2/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

Samuel Ravis

cc: Mavia Hattofills,
Assistant Attorney General

COPIES MAILED
TO COUNSEL OF RECORD ON _____