USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL DAVIS,

                Plaintiff,        07 Civ. 6592 (JGK)

    - against -                ORDER

CORRECTION OFFICER RHOOMES, et al.,

                Defendant(s).

JOHN G. KOELTL, District Judge:

    As stated on the record for the telephone conference that was held on June 23, 2008, the plaintiff's motion for a temporary restraining order is **denied**.

    The dates for responses on the pending motions are as follows.

    <u>Preliminary Injunction</u>:  The defendants' response to the preliminary injunction is due on **July 11, 2008**, and the plaintiff's reply is due **August 1, 2008**.

    <u>Motion to Dismiss</u>: The plaintiff's response to the defendant's motion to dismiss is due **August 1, 2008**.  The defendants' reply is due **September 5, 2008**.

    Counsel for the defendants will report to the Court on the status of the plaintiff's typewriter and his ability to access the law library.

SO ORDERED.

Dated:    New York, New York
           June 23, 2008

                                        John G. Koeltl
                                  United States District Judge