

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/4/2008

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-6295

August 28, 2008

**BY FACSIMILE**
Honorable John G. Koeltl
United State Courthouse
Southern District of New York
500 Pearl Street, Rm. 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
8/20/08
John G. Koeltl, U.S.D.J.

Re: <u>Samuel Davis v. Rhoomes, et al.</u> / 07 Cv. 6592 (JGK)

Dear Judge Koeltl:

   I represent defendants Diane Van Buren, Robert Jones, Catherine Jacobsen, Captain Gene Niles, Lieutenant Faliski, Sergeant Degnan, and Correction Officers Rhoomes, Andino and Korines in this matter. I write to request a page limit extension for defendants' reply memorandum of law in further support of their motion to dismiss the second amended complaint. Defendants' reply brief is due on September 5, 2008.

   Given the length of defendants' memorandum of law (35 pages) and plaintiff's 53 page memorandum of law in opposition to defendants' motion and numerous exhibits as well as plaintiff's 10 page affirmation with exhibits, it is respectfully requested that defendants be granted permission to file a reply memorandum of law not to exceed 20 pages.

Respectfully submitted,

MARIA BAROUS HARTOFILIS
Assistant Attorney General

cc:   Samuel Davis
      Plaintiff - Pro Se
      By first class mail

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us