UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
SAMUEL DAVIS,

               Plaintiff,

    - against -

DIANE L. VAN BUREN, et al.,

              Defendants.
----------------------------------------------------X

**ORDER**

07 Civ. 6592 (JGK) (THK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/09

      ORDERED that an Assistant Attorney General may take the deposition of plaintiff SAMUEL DAVIS (92A2437) before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a New York State Correctional Facility, upon notice to the plaintiff and the superintendent of the correctional facility.

Dated: New York, New York
       July ___, 2009

SO ORDERED

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 7/1/09