UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SAMUEL DAVIS,

               Plaintiff,            07 Civ. 6592 (JGK)

     - against -                ORDER

CORRECTION OFFICER RHOOMES, ET AL.,

               Defendants.
---

JOHN G. KOELTL, District Judge:

    The parties may move for summary judgment by **November 13, 2009**. Responses are due **December 18, 2009**. A reply, if any, is due **January 15, 2009**.

SO ORDERED.

Dated:    New York, New York
          October 16, 2009

                                              John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09