UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SAMUEL DAVIS,

                Plaintiff,           07 Civ. 6592 (JGK)

     - against -                 ORDER

CORRECTION OFFICER RHOOMES, ET AL.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The Court has received the plaintiff's letter dated October 7, 2009, which it construes as objections to the order of the Magistrate Judge dated September 23, 2009 denying the plaintiff's motion to compel discovery.

    The Court overrules the plaintiff's objections. Nothing in the Magistrate Judge's order is clearly erroneous or contrary to law.

SO ORDERED.

Dated:    New York, New York
          October 17, 2009

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09